Yitzchak Zelman (Admitted *Pro Hac Vice*)
New York Bar No. (YZ5857)
Email: yzelman@marcuszelman.com
MARCUS & ZELMAN, LLC
1500 Allaire Avenue,
Ocean, New Jersey 07712
Tel:  (845)367-7146
Fax: (732)695-3282
Attorney for Plaintiff
Tashara Turbin

David J Kaminski
Email: kaminskid@cmtlaw.com
CARLSON AND MESSER, LLP
9841 Airport Blvd., #1200
Los Angeles, CA 90045
Tel:  (310)242-2200
Fax: (310)242-2222
Attorneys for Defendant
Account Management Services, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| TASHARA TURBIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNT MANAGEMENT SERVICES, INC.,<br><br>Defendant. | **C.A. No. 5:16-cv-02269-PSG-SP** |

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff TASHARA TURBIN and Defendant ACCOUNT MANAGEMENT

SERVICES, INC. hereby stipulate to the Plaintiff's dismissal of her individual

{Stipulation of Dismissal - Turpin v. Account Management Services_rev;1}

claims with prejudice and the putative class members' claims without prejudice, each party to bear its own costs.

Dated:          August 4, 2017

Marcus & Zelman, LLC
Attorneys for Plaintiff
*Tashara Turpin*

CARLSON AND MESSER, LLP
Attorneys for Defendant
*Account Management Services, Inc.*

By:  /s/ Yitzchak Zelman
    Yitzchak Zelman, Esq. (YZ5857)
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Tel:  732-695-3282
Fax: 732-298-6256
Email:  yzelman@marcuszelman.com

By:  /s/ David J Kaminski
David J. Kaminski, Esq.
9841 Airport Blvd., #1200
Los Angeles, CA 90045
Tel:  (310)242-2200
Fax: (310)242-2222
Attorneys for Defendant
Email: kaminskid@cmtlaw.com