

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TASHARA TURBIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNT MANAGEMENT SERVICES, INC.,<br><br>Defendant. | C.A. No. 5:16-cv-02269-PSG-SP<br><br>[PROPOSED] ORDER<br><br>E-FILED<br>AUG 1 5 2017<br>Document # _____ |

JS-6

The Court has reviewed the Stipulation to Dismiss of Plaintiff Tashara Turpin and Defendant Account Management Services, Inc. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

8/14/17

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE